# Court of Appeals
# of the State of Georgia

ATLANTA,    May 30, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1396.  IN THE INTEREST OF J. W. AND J. W., CHILDREN**

In an earlier appearance of this case, we held that the juvenile court had jurisdiction over this matter and, "that the superior court lacked jurisdiction to rule on the foster parents' petition to terminate." *In re J.C.W.*, 315 Ga.App. 566, 571 (1), 727 S.E.2d 127 (2012).  Nevertheless, in the subsequent orders now on appeal, the superior court held that it "has determined that it has jurisdiction over the above-named children pursuant to an adoption and termination of parental rights."

The appellant has now moved to withdraw her appeal. She represents that subsequent rulings by both the superior court and the juvenile court have rendered her appeal moot. We will not, of course, require the appellant to pursue an appeal from which she can foresee no potential benefit.

But we cannot overlook the superior court's refusal to abide by our earlier ruling. Its assertion of jurisdiction "pursuant to an adoption" is specious. Surrender or termination of parental rights is a prerequisite to adoption of any child with a living parent. OCGA § 19-8-4 (a). Its assertion of jurisdiction pursuant to "termination of parental rights" is defiance of our earlier order.

Nor can we overlook the superior court's threat to respond with "a citation for contempt" to "[f]ailure to abide by this order." Particularly in the context of the superior court's sharply-worded observation, in one of the orders on appeal, that "the Juvenile Court seems to have difficulty understanding the meaning of [certain language in an earlier order of the superior court]," we must find the superior court's threat of contempt to have a foreseeable chilling effect on efforts to secure relief from the tribunal in which jurisdiction over this matter is lawfully reposed.

The superior court is therefore ORDERED to refrain from any further unlawful attempts to exercise jurisdiction in this matter. Subject to that order, the appellant's motion to withdraw the appeal is GRANTED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 05/30/2013
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*